IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    No.2:04cr20348 JDB-sta-ALL

RAYMOND WAYNE BECTON

### ORDER GRANTING MOTION TO CONTINUE SURRENDER DATE

This cause came on to be heard upon the Motion to Continue filed by Counsel for Defendant, Leslie I. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the Defendant's Surrender Date of August 31, 2005 is hereby continued sixty (60) days to the **31st** day of **October**, 2005 at **2:00** o'clock (a.m/p.m.)

Time shall be excluded under the Speedy Trial Act.

_____ JUDGE

8/26/05
_____ DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20348 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT