IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 4: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          No. 04-20348 B

RAYMOND WAYNE BECTON,

    Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION FOR A CONTINUANCE

---

Before the Court is the motion of the Defendant, Raymond Wayne Becton, for a continuance of 60 days for his surrender to federal custody, based on his need to resolve issues concerning a lawsuit against the former co-owner of his computer business. According to a telephone call made to chambers by a representative of Becton's counsel at approximately 1:30 p.m. on October 31, the Defendant was to surrender at 2:00 p.m. the same day. The call also sought confirmation that a facsimile version of the order, which had not yet been filed with the Court, sent that morning had been received. No fax had been received and it was determined that the motion had been sent to the wrong fax number. Moreover, counsel's representative could not confirm the Assistant United States Attorney assigned to the case had been consulted concerning the request as required by LCrR12.1(b) of the Local Rules of this district. A file-stamped copy of the motion was received by chambers the following day, November 1, 2005, reflecting a filing time of 3:22 p.m. on October 31. The filed version of the motion did not include the certificate of consultation mandated by the Local Rule, which provides that "[f]ailure to file an accompanying certificate of consultation may be deemed good grounds of denying the motion." (LCrR12.1(b), Local Rules of the U.S. Dist. Ct. for the W.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05



Dist. of Tenn.)

Based on the motion's noncompliance with Local Rules, as well as its tardiness, as the Court assumes Becton was aware of his lawsuit long before the morning of his surrender, the motion is DENIED.

IT IS SO ORDERED this _1st_ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20348 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT